UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CRYSTAL EVATT, § No. 1:25-CV-02166-DAE
§
*Plaintiff,* §
§
vs. §
§
CHRISTOPHER EVATT, §
§
*Defendant.* §

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation

("Recommendation") filed by U.S. Magistrate Judge Susan Hightower on February

17, 2026.  (Dkt. # 4.)  Pursuant to Local Rule CV-7(h), the Court finds this matter

suitable for disposition without a hearing.  After reviewing the Recommendation

and the information contained in the record, the Court **ADOPTS** the

Recommendation.

BACKGROUND

On December 30, 2025, Plaintiff Crystal Evatt ("Plaintiff") filed suit

against her husband, Christopher Evatt ("Defendant").  (Dkt. # 1.)  In her

Complaint, Plaintiff seeks a court order requiring her husband to return

approximately $11,400 that he has withheld from her and their children.  (Id. at 5.)

As explained by Judge Hightower, Plaintiff's claim is based on allegations that her

1

husband is "attempting divorce" and wrongfully taking money from their joint bank account.  (Id. at 3.)

After review, the Magistrate Judge granted Plaintiff's application to proceed *in forma pauperis*.  (Dkt. # 4 at 1–2.)  The Magistrate Judge also reviewed Plaintiff's *pro se* Complaint under 28 U.S.C. § 1915(e) and recommended dismissing the suit.  (Id. at 2–3.)  The Magistrate Judge's Recommendation was served on Plaintiff on February 23, 2026  (Dkt. # 6.)  Plaintiff has filed no objections to the Recommendation.

<u>DISCUSSION</u>

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Recommendation for clear error.  <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Magistrate Judge's Recommendation.  The Court agrees with Judge Hightower's analysis and finds it is reasonable and absent of clear error.

In her Recommendation, Judge Hightower found that this Court lacks subject matter jurisdiction over Plaintiff's suit because the suit involves no federal question and diversity jurisdiction is lacking where both Plaintiff and Defendant are citizens of Texas.  (Dkt. # 4 at 3.)  Upon review, the Court agrees with Judge Hightower's analysis.  Accordingly, the Court **ADOPTS** Judge Hightower's Recommendation.

CONCLUSION

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Hightower's Report and Recommendation (Dkt. # 4) and **DISMISSES WITHOUT PRJEUDICE** under § 1915(e)(2) Plaintiff's claims.  The Court will accordingly **DENY** Plaintiff's Motion for Preliminary Injunction.  The Clerk's Office is hereby **INSTRUCTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, April 30, 2026.

_____
Hon. David Alan Ezra
Senior U.S. District Judge

3